# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Civil Case Number: _____

| | |
|---|---|
| Amanda Vazquez, | : |
| Plaintiff, | : |
| vs. | : |
| Aaron's, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## COMPLAINT

For this Complaint, the Plaintiff, Amanda Vazquez, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendants' repeated violations of the Electronic Fund Transfer Act, 15 U.S.C. § 1693 *et seq.* ("EFTA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. Plaintiff, Amanda Vazquez ("Plaintiff"), is an adult individual residing in Tampa, Florida, and is a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

4. Defendant, Aaron's, Inc. ("Aarons"), is a Georgia business entity with an address of 309 East Paces Ferry Road, N.E., Atlanta, Georgia 30305, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

5. Does 1-10 (the "Agents") are individual agents employed by Aarons and whose identities are currently unknown to the Plaintiff. One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

6. Aarons at all times acted by and through one or more of the Agents.

## FACTS

7. In or around June 2016, Aarons contacted Plaintiff in an attempt to collect the Debt.

8. Plaintiff agreed to contact Aarons once a month to make a payment in the amount of $105.91.

9. In August 2016, Plaintiff did not contact Aaron's to make the payment; however, Aaron's automatically debited Plaintiff's account.

10. Plaintiff did not provide her written consent for the automatic withdrawals to her bank account.

11. As such, on August 18, 2016, Plaintiff contacted Aarons and was informed that it was "accidentally" put in as an automatic debit for the months of July and August of 2016.

12. Aarons refused to reimburse Plaintiff.

### A. Plaintiff Suffered Actual Damages

13. Plaintiff has suffered and continues to suffer actual damages as a result of the Defendants' unlawful conduct.

14. As a direct consequence of the Defendants' acts, practices and conduct, the Plaintiff suffered and continues to suffer from humiliation, anger, anxiety, emotional distress, fear, frustration and embarrassment.

## COUNT I
## VIOLATIONS OF THE ELECTRONIC FUND TRANSFER ACT, 15 U.S.C. § 1693 et seq.

15. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

16. Plaintiff maintained an "account" as that term is defined in 15 U.S C. § 1693a(2).

17. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1693a(6).

18. Defendants violated 15 U.S.C. § 1693a(12), which prohibits "unauthorized electronic fund transfer," by debiting Plaintiff's bank account without Plaintiff's actual authorization and without providing Plaintiff any benefit.

19. Defendants violated 15 U.S.C. § 1693e(b) in that Defendants failed to provide reasonable advance notice to Plaintiff of the amount to be transferred that varies in amount from the previous preauthorized transfer, and the scheduled date of the transfer.

20. The foregoing acts and omissions of the Defendants constitute numerous and multiple violations of the EFTA, including every one of the above-cited provisions.

21. Plaintiff is entitled to damages as a result of Defendants' violation.

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff prays that judgment be entered against the Defendants:

1. Actual damages pursuant to 15 U.S.C. § 1693m(a)(1) against the Defendants;
2. Statutory damages of $1,000.00 pursuant to 15 U.S.C. §1693m(a)(2)(A) against the Defendants;
3. Costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1693m(a)(3) against the Defendants;

4. Punitive damages; and

5. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: October 28, 2016

                                            Respectfully submitted,

                                            By /s/ *Stan Michael Maslona*
                                            Stan Michael Maslona, Esq.
                                            Lemberg Law, LLC
                                            43 Danbury Road, 3rd Floor
                                            Wilton, CT 06897
                                            Telephone: (203) 653-2250
                                            Facsimile: (203) 653-3424
                                            smaslona@lemberglaw.com