UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Amanda Vazquez, | :<br>:<br>: |
| Plaintiff,<br>v. | : Civil Action No.: 8:16-cv-03059-EAK-AAS<br>: |
| Aaron's, Inc.; and DOES 1-10, inclusive, | :<br>: |
| Defendants. | :<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: March 6, 2017

                                                                              Respectfully submitted,

                                                                              By   /s/ Stan Michael Maslona
                                                                              Stan Michael Maslona, Esq.
                                                                               Florida Bar No. 86128
                                                                               LEMBERG LAW, L.L.C.
                                                                               43 Danbury Road, 3rd Floor
                                                                               Wilton, CT 06897
                                                                               Telephone: (203) 653-2250
                                                                               Facsimile: (203) 653-3424
                                                                               ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 6, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of FloridaElectronic Document Filing System (ECF) and that the document is available on the ECF system.

              By_/s/ Stan Michael Maslona_____

               Stan Michael Maslona, Esq.