# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**Civil Action Number: 8:16-cv-03059-EAK-AAS**

| | |
|---|---|
| Amanda Vazquez, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| Aaron's, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)**

Amanda Vazquez ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 18, 2017

> Respectfully submitted,
> By   /s/ Stan Michael Maslona
> Stan Michael Maslona, Esq.
> Florida Bar No. 86128
> LEMBERG LAW, L.L.C.
> 43 Danbury Road, 3rd Floor
> Wilton, CT 06897
> Telephone: (203) 653-2250
> Facsimile:  (203) 653-3424
> ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 18, 2017, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Middle District of Florida ECF system.

                                            By  /s/ Stan Michael Maslona

                                              Stan Michael Maslona, Esq.